IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MERCEDES CAPENER,<br><br>Plaintiff,<br>v.<br><br>JANET NAPOLITANO, Secretary of Department of Homeland Security, et al.<br>Defendants. | **MEMORANDUM DECISION and ORDER ADOPTING REPORT AND RECOMMENDATIONS**<br><br>Case No. 2:11-CV-601-DN-DBP<br><br>District Judge David Nuffer |

This case was referred to Magistrate Judge Dustin Pead under 28 U.S.C. § 636(b)(1)(B).[1] After extensive briefing on the issues raised,[2] Judge Pead issued the Report & Recommendations (R & R)[3] recommending that this court: (1) FIND it has subject matter jurisdiction over Plaintiff's amended complaint; (2) AFFIRM Defendants' decision to deny Plaintiff's adjustment Application because Defendants did not violate 5 U.S.C. § 706(2)(A); and (3) DENY Plaintiff's request for injunctive relief.[4]

The parties were notified of their right to file objections within 14 days of being served with a copy of the R & R.[5] No objections to the R & R were filed or received by the court.

---

[1] Order Referring Case, docket no. 28, filed September 10, 2012.

[2] Defendants' Brief in Response to Plaintiff's Amended Complaint, docket no. 26, filed August 17, 2012; Plaintiff's Reply to Defendants' Response, docket no. 27, filed September 6, 2012; Defendants' Response to Plaintiff's Reply, docket no. 29, filed September 20, 2012; Request for Supplemental Briefing, docket no. 31, filed November 21, 2012; Clarification re Request for Supplemental Briefing, docket no. 32, filed November 22, 2012; Defendants' Supplemental Brief, docket no. 34, filed December 21, 2012; Plaintiff's Supplemental Briefing, docket no. 35, filed December 21, 2012; Order Requesting Plaintiff Provide Supplemental Briefing on Jurisdictional Issue, docket no. 37, filed April 25, 2013; Plaintiff's Second Supplemental Briefing, docket no. 38, filed May 10, 2013.

[3] Report and Recommendations, docket no. 39, filed October 16, 2013.

[4] *Id.* at 14.

[5] *Id.*

The court has conducted a review of the issues and finding no clear error,[6] agrees with Judge Pead's thorough analysis, conclusions and recommendations. Accordingly, the R & R is adopted as the order of this court.

## ORDER

IT IS HEREBY ORDERED that the R & R[7] is ADOPTED as the order of the court.

IT IS FURTHER ORDERED that the court: (1) FINDS it has subject matter jurisdiction over Plaintiff's amended complaint; (2) AFFIRMS Defendants' decision to deny Plaintiff's adjustment Application because Defendants did not violate 5 U.S.C. § 706(2)(A); and (3) DENIES Plaintiff's request for injunctive relief. The clerk is directed to close this case.

Signed November 7, 2013.

BY THE COURT

_____
District Judge David Nuffer

---

[6] *See* 28 U.S.C. § 636(b)(1) (requiring de novo review of only "those portions of the report or specified proposed findings or recommendations to which objection is made") and Fed.R.Civ.P. 72(b)(3) (same). *See also, Ocelot Oil Corp. v. Sparrow Industries*, 847 F.2d 1458, 1464 (10th Cir.1988) (quoting *United States v. United States Gypsum Co.*, 333 U.S. 364, 395, 68 S.Ct. 525, 92 L.Ed. 746 (1948)) ("The clearly erroneous standard . . . requires that the reviewing court affirm unless it 'on the entire evidence is left with the definite and firm conviction that a mistake has been committed.'").

[7] Docket no. 39.